John R. Tomlinson, Jr., Esq.
Barokas Martin & Tomlinson
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
(206) 621-1871
(206) 621-9907 (fax)
Attorney for Skymatt Properties, LLC

THE HONORABLE TIMOTHY W. DORE
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | NO. 18-14095-TWD |
| GLOBAL BARISTAS US, LLC | **SKYMATT PROPERTIES, LLC'S LIST OF CREDITORS AND PARTIES IN INTEREST** |
| Debtor. | |

Pursuant to this Court's December 10, 2018 Order Directing Petitioning Creditors to File a List of Creditors and Parties in Interest, Creditor Skymatt Properties, LLC identifies itself as follows:

> Skymatt Properties, LLC
> c/o John R. Tomlinson, Jr.
> 1000 Second Avenue, Suite 3660
> Seattle, Washington 98104
> 206.621.1871
> jrt@bmatlaw.com
> lae@bmatlaw.com

Skymatt Properties, LLC's claim is based upon a Judgment obtained against Debtor for breach of a written commercial property Lease (copy of Judgment attached).

Creditor's claim is unsecured.

//

//

SKYMATT PROPERTIES, LLC'S LIST OF CREDITORS AND PARTIES IN INTEREST - 1

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1000 SECOND AVENUE, SUITE 3660
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-1871
FAX (206) 621-9907

Case 18-14095-TWD    Doc 26    Filed 12/14/18    Ent. 12/14/18 10:37:56    Pg. 1 of 2

DATED this 14th day of December, 2018.

BAROKAS MARTIN & TOMLINSON

By: ___/s/ John R. Tomlinson, Jr.___
John R. Tomlinson Jr., WSBA#14124
Attorney for Skymatt Properties, LLC

## CERTIFICATE OF SERVICE

On this 14th day of December, 2018, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF systems, which caused Registered Participants to be served by electronic means as fully reflected on the Notice of Electronic Filing. I also caused a true and correct copy of the foregoing pleading to be served by regular mail, first-class postage prepaid to the following non-ECF registered parties:

N/A

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

___/s/ Lisa Sebree___
Lisa Sebree

SKYMATT PROPERTIES, LLC'S LIST OF CREDITORS AND PARTIES IN INTEREST - 2

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1000 SECOND AVENUE, SUITE 3660
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-1871
FAX (206) 621-9907

Case 18-14095-TWD    Doc 26    Filed 12/14/18    Ent. 12/14/18 10:37:56    Pg. 2 of 2