**Below is the Order of the Court.**

*[signature]*

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

Honorable Timothy W. Dore
February 15, 2019; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>GLOBAL BARISTAS US LLC,<br>d/b/a Tully's Coffee,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 18-14095<br><br>ORDER REQUIRING TURNOVER OF<br>FILES PURSUANT TO 11 U.S.C. § 542(e) |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the Trustee's Motion for an Order Requiring Turnover of Files Pursuant to 11 U.S.C. § 542(e), the court having reviewed the pleadings on file herein, and having heard argument of counsel, the court having made findings and conclusions on the record which are incorporated herein pursuant to Bankruptcy Rule 7052, now, therefore, it is hereby

ORDERED that the trustee's motion is granted.

IT IS HEREBY FURTHER ORDERED that (1) Osborn Machler, PLLC, (2) Eisenhower Carlson, PLLC and (3) Talmadge/Fitzpatrick/Tribe, PLLC shall turn over to the trustee, Nancy James, all files in their possession related to matters of the debtor, including, but not limited to, a list of all matters in which the attorneys represent or represented the debtor, any and all records and correspondence of the debtor obtained by the attorneys in the course of their representation of the

**ORDER REQUIRING TURNOVER OF**
**FILES PURSUANT TO 11 U.S.C. § 542(e)**
190219bOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-14095-TWD    Doc 54    Filed 02/25/19    Ent. 02/25/19 15:29:14    Pg. 1 of 2

debtor, all attorneys' correspondence with the debtor and written on the debtor's behalf including electronic correspondence, all attorney notes and billing statements.

IT IS HEREBY FURTHER ORDERED that the information will be turned over to the trustee within fourteen (14) days of the date of this order.

IT IS HEREBY FURTHER ORDERED that this order excludes any files of Osborn Machler, PLLC, related only to matters in King County Superior Court Cause No. 15-2-27043-5SEA created after the September 18, 2018 assignment by the debtor.

IT IS HEREBY FURTHER ORDERED that the initial turnover does not include the pleadings generated by the attorneys in their representation of the debtor; however, those files shall be turned over to the trustee upon 21 days notice to the attorneys.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Approved as to Form; Notice of Presentation Waived by:

| OSBORN MACHLER, PLLC | EISENHOWER CARLSON PLLC |
|---|---|
| /S/ *Cameron D. Young* | /S/ *Darren R. Krattli* |
| Cameron D. Young, WSBA #54232<br>Attorney for Osborn Machler, PLLC | Darren R. Krattli, WSBA #39128<br>Attorney for Eisenhower Carlson PLLC |
| Osborn Machler, PLLC<br>2025 First Avenue, Suite 1200<br>Seattle, WA 98121<br>(206) 441-4110 | Eisenhower Carlson PLLC<br>1200 Wells Fargo Plaza<br>1201 Pacific Avenue<br>Tacoma, WA 98402<br>(253) 572-4500 |

**ORDER REQUIRING TURNOVER OF FILES PURSUANT TO 11 U.S.C. § 542(e)**
190219bOrd   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826