**Honorable Timothy W. Dore**
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 18-14095 |
| GLOBAL BARISTAS US, LLC ) | |
| ) | *EX PARTE* APPLICATION TO |
| ) | EMPLOY SPECIAL COUNSEL |
| Debtor ) | |

COMES NOW the Trustee, Nancy L. James, and prays for authority pursuant to 11 USC §327 to employ Scott Henrie and Williams, Kastner & Gibbs, PLLC ("Williams Kastner") under general retainer to act as special counsel for the Trustee for the following purposes:

1. For representation as litigation counsel in this Chapter 7 case and in subsequently filed adversary proceedings, if any. Trustee has selected Williams Kastner because of the firm's knowledge and experience with bankruptcy court litigation, insolvency and debtor and creditor rights. Trustee believes Williams Kastner is well qualified to represent her.

2. It is necessary and essential that the Trustee employ Williams Kastner under a general retainer based on time and charges at the firm's ordinary billable rates. Although there may be specific matters in which the Trustee may seek a different fee arrangement in the

Ex Parte Motion to Employ Special Counsel - 1

future, a general retainer is necessary at this time because of the legal services required for this estate.

3. The firm of Williams Kastner has indicated its willingness to act on behalf of Trustee and to be compensated in accordance with these terms and conditions.

4. As set forth in the Declaration of Scott B. Henrie in support of this Application, Williams Kastner has represented or currently represents certain entities with potential interests in this case. Williams Kastner has determined, however, that its representation of these entities does not represent a conflict of interest in any of the contemplated disputes or potential litigation matters. To the best of Trustee's knowledge, Williams Kastner represents no other entity in connection with this case, other than as disclosed in the declaration of Scott B. Henrie.

5. The attorneys represent no interest adverse to the estate and has no conflict in representing the Trustee. The attorney is qualified to provide legal services required in the instant case. The trustee is not aware of any connections between Williams Kastner, and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above. No notice to creditors or interested parties of this motion is necessary pursuant to 11 U.S.C. section 102(1) and FRBP 2002.

6. No notice to creditors of this motion is necessary pursuant to 11 USC §102(1) and Bankruptcy Rule 2002.

DATED this 11th day of March, 2019.

*/s/ Nancy L. James*
———————————————
Nancy L. James
Trustee

Ex Parte Motion to Employ Special Counsel - 2