1  Rory C. Livesey, WSBA #17601
   THE LIVESEY LAW FIRM
2  600 Stewart Street, Suite 1908
   Seattle, WA 98101-1220
3  Email: Rory@Liveslaw.com
   Phone: (206) 441-0826
4
   *Attorneys for Nancy L. James,*
5  *Chapter 7 Trustee*

6

7

8

The Honorable Timothy W. Dore
Chapter 7

9  UNITED STATES BANKRUPTCY COURT
   WESTERN DISTRICT OF WASHINGTON
   AT SEATTLE

10

11  In re:

12  GLOBAL BARISTAS US, LLC,

        Debtors.

13

14

15

NO. 2:18-bk-14095

DECLARATION OF SCOTT B. HENRIE
IN SUPPORT OF APPLICATION TO
EMPLOY WILLIAMS, KASTNER &
GIBBS, PLLC AS LITIGATION
COUNSEL FOR NANCY L. JAMES,
CHAPTER 7 TRUSTEE

16  Scott B. Henrie declares and states as follows:

17      1.      I am an attorney at law admitted to practice before this Court and a Member of

18  the law firm of Williams, Kastner & Gibbs, PLLC. I have personal knowledge of the facts set

19  forth herein, and make this declaration in support of the Trustee's Application to Employ

20  Williams, Kastner & Gibbs PLLC.

21      2.      Williams, Kastner & Gibbs PLLC represents no other entity in connection with

22  this case, besides the bankruptcy estate. Williams, Kastner & Gibbs PLLC is disinterested as

23  that term is defined in 11 U.S.C. § 101(14) and does not represent or hold any interest adverse

24  to the interest of the estate with respect to the matters on which it is to be employed. To the

25  best of my knowledge Williams, Kastner & Gibbs PLLC has no connection nor business

DECLARATION OF SCOTT B. HENRIE IN SUPPORT OF
APPLICATION TO EMPLOY WILLIAMS, KASTNER & GIBBS,
PLLC AS LITIGATION COUNSEL FOR NANCY L. JAMES,
CHAPTER 7 TRUSTEE - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6790778.1

dealings with the debtor, creditors, or any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than the creditors disclosed in paragraph 3 below. Williams, Kastner & Gibbs PLLC is not a creditor of the debtor and is a disinterested party. Williams, Kastner & Gibbs PLLC does, however, obtain employment as a professional under 11 USC §327 on a regular basis.

3.    Williams, Kastner & Gibbs PLLC does represent or has represented the following creditors or potential creditors in other matters unrelated to this bankruptcy estate:

Toya Corporation

Underwriters at Lloyds of London

King County Department of Public Defense

Overlake Golf & Country Club

Echelbarger Investments, LLC

Payton, Gregory P

4.    I have advised the Trustee of the firm's willingness to serve as her litigation counsel based on time and standard billable charges. Currently, my hourly billing rate is $490. The hourly billing rates for other professionals and support personnel in the firm who may perform services for the Trustee range from $195 for paralegals through $330 for senior associates. These rates may be adjusted on an annual basis in the future to reflect market conditions.

5.    I will not represent any party-in-interest in connection with this case during its pendency. If and when additional information with respect to any relationship between Williams Kastner & Gibbs PLLC, its partners, managers and staff members and any party-in-interest in this Chapter 7 case arises which would put Williams Kastner & Gibbs PLLC in a

DECLARATION OF SCOTT B. HENRIE IN SUPPORT OF
APPLICATION TO EMPLOY WILLIAMS, KASTNER & GIBBS,
PLLC AS LITIGATION COUNSEL FOR NANCY L. JAMES,
CHAPTER 7 TRUSTEE - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6790778.1

position adverse to that of the estate of the debtor, additional declarations describing such information will be filed with the Court.

6.     I have read Local Bankruptcy Rule 2016.

The foregoing statement is made under penalty of perjury under the laws of the United States of America and is true and correct.

Signed at Seattle, Washington, this 19th day of March, 2019.

s/   Scott B Henrie
Scott B. Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  shenrie@williamskastner.com

DECLARATION OF SCOTT B. HENRIE IN SUPPORT OF
APPLICATION TO EMPLOY WILLIAMS, KASTNER & GIBBS,
PLLC AS LITIGATION COUNSEL FOR NANCY L. JAMES,
CHAPTER 7 TRUSTEE - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6790778.1