**Below is the Order of the Court.**

Timothy W. Dore
U.S. Bankruptcy Court
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 18-14095 |
| GLOBAL BARISTAS US, LLC ) | |
| ) | *EX PARTE* ORDER TO |
| Debtors ) | RETAIN ACCOUNTANT |

Based on the Application of the Trustee, Nancy L. James, no notice or hearing being required, the accounting firm of Richard N. Ginnis, CPA being a disinterested party, and good cause otherwise appearing, it is hereby

ORDERED that the Trustee, Nancy L. James, is authorized to employ Richard N. Ginnis, CPA for the estate under general retainer. All compensation paid to Richard N. Ginnis, CPA shall be subject to further Bankruptcy Court approval upon proper notice to creditors.

///END OF ORDER///

Presented by:

*/s/ Nancy L. James*
_____
Nancy L. James
15008 – 63rd Dr. SE
Snohomish, WA 98296
(425) 485-5541

Order to Retain Accountant

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541